THE KANSAS CITY, FORT SCOTT & MEMPHIS RAILROAD
COMPANY v. CARRIE MCBRIDE DILLON *et al.*

**No. 13,246.**    (74 Pac. 1131.)

Error from Johnson district court; C. A. SMART, judge
*pro tem.* Opinion filed November 7, 1903. Dismissed.

*Pratt, Dana & Black*, and *S. T. Seaton*, for plaintiff in
error.

*I. O. Pickering*, for defendants in error.

*Per Curiam:* The defendants in error commenced this
action in ejectment in the lower court and recovered dam-
ages in the sum of ninety-five dollars, resulting to them by
the possession and occupancy of the land in question by
the defendant below. Defendant below prosecutes error.

The judgment obtained against defendant is the total
amount involved in the controversy, and that amount does

not exceed the sum of $100.   There is no certificate of the district judge showing this to be one of the excepted cases. Therefore this court has no jurisdiction to examine the alleged errors.

The cause is dismissed.